Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court of chancery by Advisory Master Reed.

*For affirmance*—The Chancellor, Trenchard, Parker, Lloyd, Case, Bodine, Donges, Brogan, Heher, Kays, Hetfield, Wells, Kerney, JJ. 13.

*For reversal*—None.

Walter Tanis, petitioner-respondent,

*v.*

Magdalene Tanis, defendant-appellant.

[Decided January 23d, 1933.]

230

*Mr. Edward A. Murphy,* for the appellant.

*Mr. Elliot Chapman,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court of chancery by Advisory Master Moore.

232

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, KERNEY, JJ. 13.

*For reversal*—None.

D. RICHARD WEISS, complainant,

*v.*

CENTRAL CAFETERIA, a corporation, defendant.

[Decided January 23d, 1933.]

